Penny L Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: 480-833-1001
Fax: 480-969-8267

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:18-cv-08188-SPL |
| v. | **STIPULATION OF DISMISSAL** |
| Emergency Air LLC, an Arizona limited liability company, | |
| Defendant. | |

Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker") and Defendant Emergency Air LLC ("Defendant" or "Emergency Air"), through their respective counsel, stipulate as follows:

1. Plaintiff filed the above-captioned putative class action against Defendant.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant agree that the action shall be dismissed in its entirety and with prejudice with respect to the individual claims alleged by Plaintiff against Defendant.

Plaintiff and Defendant further agree that each party is to bear her or its own attorneys'

fees and costs.

                                                Respectfully Submitted,

                                                Plaintiff Brenda Whittaker

Dated: April 8, 2019         By:  /s/ Taylor T. Smith
                                                One of Plaintiff's Attorneys

                                                Steven L. Woodrow*
                                                swoodrow@woodrowpeluso.com
                                                Patrick H. Peluso*
                                                ppeluso@woodrowpeluso.com
                                                Taylor T. Smith*
                                                tsmith@woodrowpeluso.com
                                                Woodrow & Peluso, LLC
                                                3900 East Mexico Ave., Suite 300
                                                Denver, Colorado 80210
                                                Telephone: (720) 213-0675
                                                Facsimile: (303) 927-0809

                                                Penny L Koepke
                                                pkoepke@hoalaw.biz
                                                Maxwell & Morgan, P.C.
                                                4854 E. Baseline Road, Suite 104
                                                Mesa, Arizona 85206
                                                Tel: 480-833-1001
                                                Fax: 480-969-8267

                                                Attorneys for Plaintiff

                                                * *Pro Hac Vice*


                                                Defendant Emergency Air LLC

Dated: April 8, 2019         By:  /s/ Eric Hawkins
                                                One of Defendant's Attorneys

                                                Eric Hawkins
                                                eric@durazzo-eckel.com
                                                Durazzo Eckel & Hawkins PC
                                                45 N Tucson Blvd.
                                                Tucson, Arizona 85716
                                                Tel: 520-792-0448

**CERTIFICATE OF SERVICE**

 I, Taylor T. Smith, an attorney, hereby certify that I served the foregoing papers by causing true and accurate copies of such papers to be transmitted to all counsel of record through the Court's electronic filing system on April 8, 2019.

          /s/ Taylor T. Smith